and affirm the judgment of conviction. Rule 30.25(b).

■

**Johnathan B. STEEN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 71906.**

Missouri Court of Appeals,
Western District.

April 26, 2011.

S. Kate Webber, Kansas City, MO, for appellant.

Shaun J. Mackelprang and Mary H. Moore, Jefferson City, MO, for respondent.

Before Division Four: LISA WHITE HARDWICK, Chief Judge, Presiding, JAMES M. SMART and JOSEPH M. ELLIS, Judges.

### ORDER

PER CURIAM.

Johnathan Steen appeals the denial of his Rule 29.15 motion alleging ineffective assistance of his trial counsel, following his conviction for first-degree assault. For reasons explained in a Memorandum provided to the parties, we find no error and

affirm the judgment denying post-conviction relief.

AFFIRMED. Rule 84.16(b).

■

**Mary Margaret STEELE, Respondent,**

v.

**Alan Edward STEELE, Appellant.**

**No. WD 71936.**

Missouri Court of Appeals,
Western District.

April 26, 2011.

R. Gregory Harrison, Liberty, MO, for Appellant.

W. Ann Hansbrough, Kansas City, MO, for Respondent.

Before Division IV: LISA WHITE HARDWICK, Chief Judge, Presiding, KAREN KING MITCHELL, Judge, and W. BRENT POWELL, Special Judge.

### Order

PER CURIAM:

This is a dissolution of marriage case. The issues are whether the trial court erred in (1) annualizing the presumed correct child support amount as opposed to requiring payments that varied from school-year months to summer months; (2) awarding attorney's fees; and/or (3) failing to credit the husband with certain expenses in its division of marital property. We hold that the trial court was within its

discretion on each point. Accordingly, we affirm. Rule 84.16(b).